UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF CAROLE CHAIKEN,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.

Case No. 16-cv-02490-DMR

**ORDER TO SUBMIT STATUS REPORT**

On May 9, 2016, Petitioner Estate of Carole Chaiken filed a petition to quash three IRS summonses to third parties. [Docket No. 1.] Petitioner filed an amended petition on May 11, 2016 and noticed the matter for a hearing on July 28, 2016. [Docket No. 10.] Although it appears Petitioner served the original petition to quash on Respondent United States, (*see* Docket No. 7), it is not clear if it served the amended petition on Respondent, and Respondent has not made an appearance in this matter or filed a response to either of Petitioner's petitions. Therefore, by no later than July 11, 2016, Petitioner shall file a status report.

**IT IS SO ORDERED.**

Dated: July 5, 2016



Donna M. Ryu
United States Magistrate Judge