United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF CAROLE CHAIKEN,
   Plaintiff,

v.

UNITED STATES OF AMERICA,
   Defendant.

Case No. 16-mc-80155-DMR

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 36

On November 30, 2016, the court ordered Petitioner Estate of Carole Chaiken to file a response to the government's October 28, 2016 supplemental brief (Docket No. 32) by no later than December 2, 2016. [Docket No. 36.] Petitioner did not file a supplemental brief or otherwise respond to the court's order. Therefore, by no later than December 8, 2016, Petitioner Estate of Carole Chaiken shall show cause in writing why it should not be sanctioned for failing to comply with the court's order.

**IT IS SO ORDERED.**

Dated: December 5, 2016



_____
Donna M. Ryu
United States Magistrate Judge