UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CAROLE CHAIKEN,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 16-mc-80155-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER GRANTING AMENDED PETITION TO QUASH IRS SUMMONSES IN PART AND DENYING IT IN PART; ORDER RE IRS' MOTION FOR SUMMARY DENIAL** |

The court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Amended Petition to Quash IRS Summons and Motion for Summary Denial, as well as petitioner's objections to the report, the IRS' response to petitioner's objections, and petitioner's reply to the IRS' response. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, the amended petition is GRANTED in part and DENIED in part, and the IRS' petition for summary denial is GRANTED in part and DENIED in part.

**IT IS SO ORDERED.**

Dated: February 14, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge